IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO. 1:08cr32-SPM

DANIA LEZCANO-SANTANA,
ALBERTO TRAVIESA,
JOSE REYES,
YULIO RODRIGUEZ,
JULIO RODRIGUEZ,
and
LEONEL ROMAN,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

THIS CAUSE comes before the Court upon its own motion. This case involves seven indicted defendants, six of whom are currently in federal custody and awaiting trial. The trial for all six Defendants is currently scheduled for June 1, 2009. On March 18, 2009, this Court issued an order granting motions to suppress evidence against Defendants Yulio Rodriguez, Julio Rodriguez, and Leonel Roman (doc. 225). On May 6, 2009, this Court issued another order granting motions to suppress evidence against Defendants Jose Reyes and Alberto Traviesa (doc. 263). These orders suppressed evidence against a total of five of the Defendants.

The Government has appealed the first suppression order–the one involving Defendants Yulio Rodriguez, Julio Rodriguez, and Leonel Roman (doc. 233).  This Court notes that in accordance with18 United States Code Section 3731, the evidence suppressed is material to the case and the appeal has not been taken for the purpose of delay.  Because the Government has filed an appeal about an issue central to the evidence that would be presented at trial against these three Defendants, this Court is without jurisdiction to proceed to trial against these three Defendants while the appeal is pending.  United States v, Tovar-Rico, 61 F.3d 1529, 1532 (11th Cir. 1995) (holding that the government's notice of appeal "divests the district court of jurisdiction" to proceed to trial for the defendant against whom the evidence was suppressed).

As mentioned above, this Court later issued an order suppressing evidence against Defendants Alberto Traviesa and Jose Reyes.  To date, the Government has not dismissed the charges against these two Defendants.  Nor has the Government appealed the order.[1]

The Government has orally represented to the Court in spite of the evidence that has been suppressed against five of the Defendants, the Government still intends to proceed in its case against the one remaining Defendant, Dania Lezcano-Santana.  However, neither the Government nor

---

[1] This Court notes that pursuant to 18 United States Code Section 3731, the Government has thirty days from the date of the order in which to file an appeal.  The order was issued on May 6, 2009.

defense counsel has moved to sever Defendant Lezcano-Santana so that she may proceed to trial alone.  This Court does have jurisdiction to proceed to trial against Defendant Lezcano-Santana.  Tovar-Rico, 61 F.3d at 1536 (holding that "[t]he district court was not divested of jurisdiction to try" codefendants who were not involved in the suppression order that was being appealed).  However, for the sake of judicial efficiency, the Court declines to proceed to trial against her in the absence of a severance motion or a representation by the Government that they are ready to proceed to trial against Defendants Alberto Traviesa and Jose Reyes.

Until this Court is aware of the intentions of the Government with regard to Defendants Reyes, Traviesa, and Lezcano-Santana, or until there is a motion for severance, and because all seven Defendants are charged in a single indictment, this Court will continue the trial for all of the Defendants.  Because this delay results from the filing of an interlocutory appeal, it shall be excluded from any time computation in accordance with the Speedy Trial Act. 18 U.S.C. § 3161(h)(1) ((c).  Additionally, the Government's decision to pursue charges against all of these Defendants may be contingent upon a ruling from the Eleventh Circuit on the interlocutory appeal of the first suppression order.  See 18 U.S.C. 3161(h)(7); Fed. R. Crim. P. 13.  For the reasons stated above, it is hereby ORDERED AND ADJUDGED that trial is continued pending a motion to dismiss from the Government or a motion to sever Defendant Lezcano-Santana.  However, in order to keep this case on the Court's calendar, this trial shall be

continued until **July 6, 2009.**

  DONE AND ORDERED this <u>twenty-second</u> day of May, 2009.


    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge