IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                     CASE NO.: 1:08-cr-32-SPM/AK-2

DANIA LEZCANO-SANTANA

_____/

## ORDER OF DISMISSAL

Upon consideration of the Government's Motion to Dismiss (doc. 316), it is hereby

ORDERED AND ADJUDGED:

1. The motion (doc. 316) is granted.

2. The case against Defendant Dania Lezcano-Santana is dismissed.

3. The U.S. Marshal is directed to release the Defendant.

DONE AND ORDERED this second day of October, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge